UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-13-TPB-AEP

DAVID ALAN QUARLES
_____/

## VERDICT

1. **Count One of the Superseding Indictment**

   As to the offense of conspiracy, in violation of 18 U.S.C. § 371,

   . We, the Jury, find the defendant, David Alan Quarles:

   Guilty ___✓___   Not Guilty _____

2. **Count Two of the Superseding Indictment (Victim #1)**

   As to the offense of sex trafficking by force, fraud, or coercion, in violation of 18 U.S.C. §§ 1591(a), (b)(1) and 2,

   . We, the Jury, find the defendant, David Alan Quarles:

   Guilty ___✓___   Not Guilty _____

3. **Count Three of the Superseding Indictment (Victim #2)**

   As to the offense of importing an alien for prostitution, in violation of 8 U.S.C. § 1328 and 18 U.S.C. § 2,

   . We, the Jury, find the defendant, David Alan Quarles:

   Guilty ___✓___   Not Guilty _____

7. **Count Seven of the Superseding Indictment (Victim #6)**

   As to the offense of transportation for purposes of prostitution, in violation of 18 U.S.C. §§ 2421 and 2,

   We, the Jury, find the defendant, David Alan Quarles:

   Guilty ____✓____          Not Guilty _____

8. **Count Nine of the Superseding Indictment (Victim #7)**

   As to the offense of using a facility in interstate or foreign commerce to aid in illegal activity, in violation of 18 U.S.C. § 1952(a)(3)(A) and 2,

   We, the Jury, find the defendant, David Alan Quarles:

   Guilty ____✓____          Not Guilty _____

9. **Count Ten of the Superseding Indictment (Victim #8)**

   As to the offense of attempted sex trafficking of a child, in violation of 18 U.S.C. § 1594,

   We, the Jury, find the defendant, David Alan Quarles:

   Guilty ____✓____          Not Guilty _____

SO SAY WE ALL, this __7__ day of November, 2022.



FOREPERSON